```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES,                 )
                               )
          v.                   )
                               )    C.R. No. 02-10201-NG-1
ISSA M. JABER,                 )
                               )
          Defendant,           )
          Appellee.            )
```

## MEMORANDUM AND ORDER

For the reasons set forth below, defendant/appellee's application to proceed without prepayment of fees and affidavit is denied. The Clerk shall (1) mail copies of this Order to defendant at Orlando CCM as well as his legal residence; and (2) transmit this Order as a supplemental record to the First Circuit Court of Appeals.

## BACKGROUND

On April 7, 2005, the United States (the prosecution in the above captioned case) filed a Notice of Appeal. See Docket No. 107. While the appeal was pending before the United States Court of Appeals for the First Circuit ("First Circuit"), Jaber filed a request for appointment of counsel on appeal accompanied by an affidavit to accompany motion for leave to appeal in forma pauperis. See United States v. Jaber, No. 05-1550 (1st Cir. Oct. 24, 2005). By Order dated October 26, 2005, appellee Jaber's affidavit was transmitted from the First Circuit to this Court for ruling. See Docket No. 119. The First Circuit indicated that it will hold Jaber's request for appointment of counsel on appeal pending this Court's action on the in forma pauperis

request.  Id.

<u>REVIEW</u>

Rule 24 of the Rules of Appellate Procedure provides:

(a) Leave to Proceed in Forma Pauperis.
   (1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
   (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
   (B) claims an entitlement to redress; and
   (C) states the issues that the party intends to present on appeal.
   (2) Action on the Motion. If the district court grants the motion, the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise. If the district court denies the motion, it must state its reasons in writing.
   (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
   (A) the district court--before or after the notice of appeal is filed-- certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
   (B) a statute provides otherwise.
   (4) Notice of District Court's Denial. The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:
   (A) denies a motion to proceed on appeal in forma pauperis;
   (B) certifies that the appeal is not taken in good faith; or
   (C) finds that the party is not otherwise entitled to proceed in forma pauperis.
   (5) Motion in the Court of Appeals. A party may file a

>     motion to proceed on appeal in forma pauperis in the
>     court of appeals within 30 days after service of the
>     notice prescribed in Rule 24(a)(4). The motion must
>     include a copy of the affidavit filed in the district
>     court and the district court's statement of reasons for
>     its action. If no affidavit was filed in the district
>     court, the party must include the affidavit prescribed
>     by Rule 24(a)(1).
> (b) Leave to Proceed in Forma Pauperis on Appeal or Review
> of an Administrative-Agency Proceeding. When an appeal or
> review of a proceeding before an administrative agency,
> board, commission, or officer (including for the purpose of
> this rule the United States Tax Court) proceeds directly in
> a court of appeals, a party may file in the court of appeals
> a motion for leave to proceed on appeal in forma pauperis
> with an affidavit prescribed by Rule 24(a)(1).

Fed. R. App. P. 24.

## DISCUSSION

Although Jaber was initially represented for one month by court appointed counsel, the District Court's records indicate that Jaber was primarily represented by retained counsel. See Docket.

Jaber's financial affidavit, see Docket No. 119 ("Jaber Affidavit"), is dated September 27, 2005, and was completed while Jaber was incarcerated at FCI Edgefield, South Carolina. Jaber avers that he has been incarcerated several years and that his primary source of income has been monies sent to him from family and friends. See Jaber Affidavit, ¶ 12. Jaber appears to have been employed for one day in August 2005 earning $24.99. Id. at ¶ 2. He is married, owns a home valued at $110,000 and has three children. Id. at ¶¶ 5, 7, 12.

In response to Question 9 concerning major changes to his

monthly income or expenses in the next twelve months, Jaber states he will be released[1] from prison before the end of 2005 and plans to find a job.  Id. at ¶ 12.  Because Jaber has been transferred to a community corrections facility, his financial circumstances may have changed.  On this record, This Court cannot determine whether he is, in fact, indigent and will therefore deny Jaber's application to proceed in forma pauperis.

### ORDER

Accordingly, it is hereby

ORDERED, that Jaber's request to proceed in forma pauperis is DENIED: and it is further

ORDERED, that the Clerk shall mail a copy of this Order to Jaber at the following two addresses: (1) CCM Orlando, Community Corrections Office, ATT: Issa Jaber No. 24370-038, 3659 Maguire Blvd, Ste 100, Orlando, FL 32803 and (2) 2309 Flame Court, Clermont, FL 34711; and it is further

ORDERED, that the Clerk transmit this Order as a supplemental record to the First Circuit Court of Appeals.
SO ORDERED.

```
 February 7, 2006              /s/ Nancy Gertner
DATE                           NANCY GERTNER
                               UNITED STATES DISTRICT JUDGE
```

---

[1] A search of the Bureau of Prisons' website indicates that Jaber is now at CCM Orlando.